```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01460
   CARLTON L NELSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1112

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/23/2008 and was confirmed 04/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.03%.

     The case was dismissed after confirmation 11/20/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------
OCWEN LOAN                 NOTICE ONLY     NOT FILED           .00          .00
ASSET ACCEPTANCE CORP      UNSECURED          411.18           .00          .00
COMMONWEALTH EDISON        UNSECURED          856.84           .00          .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00            .00          .00
OCWEN FEDERAL BANK         MORTGAGE ARRE    27221.33           .00       757.20
NOONAN & LIEBERMAN         NOTICE ONLY     NOT FILED           .00          .00
CIT GROUP CONSUMER FINAN   CURRENT MORTG        .00            .00          .00
CIT GROUP CONSUMER FINAN   MORTGAGE ARRE     8030.00           .00       223.36
CBC NATIONAL COLLECTION    UNSECURED      NOT FILED            .00          .00
CITY OF CALUMET CITY       UNSECURED         1500.00           .00          .00
CITY OF CHICAGO ADMIN HE   UNSECURED         6235.00           .00          .00
CITY OF CHICAGO ADMIN HE   NOTICE ONLY     NOT FILED           .00          .00
NICOR GAS                  UNSECURED      NOT FILED            .00          .00
EMIGRANT MORTGAGE COMP     CURRENT MORTG        .00            .00          .00
EMIGRANT MORTGAGE COMP     SECURED NOT I        .00            .00          .00
IL STATE DISBURSEMENT UN   DSO ARREARS    NOT FILED            .00          .00
FEDERICA QUINN             NOTICE ONLY    NOT FILED            .00          .00
ILLINOIS DEPT OF REVENUE   PRIORITY           510.00           .00          .00
JOYNER LAW OFFICE          DEBTOR ATTY      2,900.00                   2,900.00
TOM VAUGHN                 TRUSTEE                                       337.44
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              4,218.00

PRIORITY                                             .00
SECURED                                           980.56
UNSECURED                                            .00
ADMINISTRATIVE                                  2,900.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01460 CARLTON L NELSON
```

```
TRUSTEE COMPENSATION                                            337.44
DEBTOR REFUND                                                      .00
                                       ----------------  ----------------
TOTALS                                         4,218.00          4,218.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 02/24/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE